# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STANDARD BOAT SERVICES, LLC

VERSUS

CUMMINS INC. (OF INDIANA);
CUMMINS MID-SOUTH, L.L.C.;
GAUDET'S ALUMINUM BOATS,
L.L.C.; SHIP SHOAL
CONSULTANTS, L.L.C.; AND
MILES BENNET THOMAS

NO. 2022 CW 0044

AUGUST 17, 2022

---

In Re: Cummins Inc. (of Indiana) and Cummins Mid-South, L.L.C., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 120068.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT